JACQUELINE HAUSER, Respondent, v. FREDERICK M. HAUSER, Appellant.— Order and judgment unanimously modified so as to fix alimony at the rate of $7,500 per year. On this record the amount now fixed is warranted. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

NATHAN TEITELBAUM, Respondent, v. EDWARD B. HALD, Appellant.— It may have been intended, as plaintiff contends and. construes the complaint, to allege a single cause of action for breach of warranty. The complaint, however, sets forth chronologically a series of events including the purchase and sale of a piece of machinery, a subsequent written agreement between the parties containing a warranty and a further oral agreement to enter into a second formal contract in writing which defendant failed to execute. The ultimate claim of the plaintiff is that the machine did not function properly with resulting damage. The complaint is so framed that it is impossible to separate what may be historical facts from the gravamen of the action. Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion to dismiss the complaint granted with leave to plaintiff to serve an amended complaint. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH EVANGELISTA, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

INTERCONTINENTAL TRADING CO., LTD., Respondent-Appellant, v. STERNS, INC., Appellant-Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MORRIS ZUCKER, Also Known as MURRAY ZUCKER, Also Known as "FUNZ"; LOUIS LA ROCCA, Also Known as "LITTLE LOU", Also Known as "ROCKY"; LEO BLUMENTHAL, Also Known as LOU BLUMENTHAL, Also Known as "BIG LOU", Also Known as "ONE ARM LOUIS"; CHARLES DE NONNO, Also Known as "DON", and CHARLES NAPOLITANO, Also Known as "CHARLES RIZZO", Respondents, et al., Defendants.— Judgment and order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

RINPARK REALTY, INC., Appellant, v. IBRON, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

ALDENE B. MAXWELL, Appellant, v. JAMES A. MAXWELL, Respondent. — Judgment and order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

JOSEPH NASTASI, Respondent, v. S. DONALD MOORE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

In the Matter of the Probate of the Will of ELEANOR M. SATTERLEE, Deceased. MABEL S. INGALLS, Appellant-Respondent; SOL A. ROSENBLATT, Respondent-Appellant; UNITED STATES OF AMERICA et al., Respondents.— Decree, so far as appealed from, unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See *post*, p. 774.]